UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | |
| THIS RELATES TO: Direct Purchaser Actions | 12-cv-00501-MOB-MKM |

### ORDER ON MOTION FOR REAPPOINTMENT AS INTERIM LEAD COUNSEL

THIS CAUSE having come before the Court upon the Motion for Reappointment as Interim Lead Counsel in the Bearings Direct Purchaser Cases, and the Court having duly considered the matter,

IT IS HEREBY ORDERED that Preti, Flaherty, Beliveau & Pachios LLP ("Preti Flaherty") is reappointed as one of the interim lead counsel in the Bearings Direct Purchaser Cases;

IT IS HEREBY ORDERED that Preti Flaherty shall have the same authority and responsibilities as the other interim lead counsel in the Bearings Direct Purchaser Cases; and

IT IS HEREBY FURTHER ORDERED that Gregory P. Hansel, Randall B. Weill, Jonathan G. Mermin, Michael S. Smith, and other Preti Flaherty attorneys may enter their appearances on behalf of the Bearings Direct Purchaser Plaintiffs.

SO ORDERED.

Date:  August 5, 2014               s/Marianne O. Battani
                                    MARIANNE O. BATTANI
                                    United States District Judge

6351081.2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 5, 2014.

s/ Kay Doaks
Case Manager

6351081.2