**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | MASTER FILE NO. 12-md-02311 |
| THIS DOCUMENT RELATES TO: | HON. MARIANNE O. BATTANI |
| All Bearings Cases | 12-cv-501<br>12-cv-502<br>12-cv-503<br>14-cv-13356 |

**ORDER GRANTING BEARING DEFENDANTS' MOTION
FOR ENTRY OF A SCHEDULING ORDER**

Before the Court is Bearing Defendants' Motion for Entry of a Scheduling Order (Doc. No. 145 in 12-501; Doc. No. 122 in 12-502; Doc. No. 119 in 12-503, and Doc. No. 20 in 14-13356).  The Court heard oral argument on September 9, 2015, and for the reasons stated on the record, the motion is **GRANTED** as to Defendants' request to proceed with class certification briefing.  Because the Court rejected the dates proposed by the parties, it will issue a scheduling order consistent with the dates announced at the hearing.

IT IS SO ORDERED.

Date:  September 15, 2015      /s/ Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

<u>s/KaMyra Doaks</u>

Case Manager