UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 |
| | : | Honorable Marianne O. Battani |
| ALL PARTS | : : : : | |
| THIS RELATES TO: | : : | |
| ALL BEARINGS CASES ANTI-VIBRATIONAL RUBBER PARTS | : : : | 2:12-cv-00501-MOB-MKM 2:13-cv-00802-MOB-MKM |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing shall be conducted before Gene J. Esshaki, Master, on July 26, 2016, at 9:30 a.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 272, Detroit, Michigan for the following proceedings:

> Bearings Cases, No. 2:12-cv-00501, [176] Direct Purchaser Plaintiffs' Motion to Compel Discovery from SKF USA

> Anti-Vibrational Rubber Parts - Dealership Actions, 2:13-cv-00802-MOB-MKM, [126] SEALED MOTION Compel Production of Auto Dealer Plaintiffs' General Ledger DMS Data AND [125] MOTION to Compel Production of Auto Dealer Plaintiffs' General Ledger DMS Data.

Date: July 6, 2016                    /s/ Gene J. Esshaki_____
                                      GENE J. ESSHAKI, MASTER

4818-3099-1412, V. 1