UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |

In Re: BEARINGS CASES

| | |
|---|---|
| THIS RELATES TO:<br><br>Direct Purchaser Actions<br>Dealership Actions<br>End-Payor Actions<br>Rush Truck Centers Actions | 2:12-cv-00500-MOB-MKM<br>2:12-cv-00501-MOB-MKM<br>2:12-cv-00502-MOB-MKM<br>2:12-cv-00503-MOB-MKM<br>2:14-cv-13356-MOB-MKM |

## STIPULATED ORDER REGARDING DEPOSITION DEADLINE

On January 12, 2016, the Court entered the Stipulated Bearings Discovery Plan (Doc. #159) that set July 29, 2016 as the deadline for completing non-expert depositions. The parties have met and conferred regarding the non-expert deposition deadline and have agreed to an extension, subject to Court approval.

IT IS ORDERED that Plaintiffs and Defendants shall complete non-expert depositions by March 20, 2017. All deposition notices must be issued on or before February 6, 2017.

IT IS SO ORDERED.

Date: July 18, 2016               s/Marianne O. Battani
                                  MARIANNE O. BATTANI
                                  United States District Judge

STIPULATED AND AGREED.

FINK + ASSOCIATES LAW

*/s/ David H. Fink*
David H. Fink (P28235)
Darryl Bressack (P67820)
38500 Woodward Ave., Ste 350
Bloomfield Hills, MI 48304
Tel.: (248) 971-2500
Fax. : (248) 971-2600
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

*Interim Liaison Counsel for the Direct Purchaser Plaintiffs*

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
ghansel@preti.com
rweill@preti.com
msmith@preti.com

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
skanner@fklmlaw.com
blondon@fklmlaw.com
mmoskovitz@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jonathon M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com

jjagher@srkw-law.com
jspector@srkw-law.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

THE MILLER LAW FIRM, P.C.

*/s/ E. Powell Miller (w/ consent)*
E. Powell Miller (P39487)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

*Interim Liaison Counsel for the End-Payor Plaintiffs Classes*

| | |
|---|---|
| SUSMAN GODFREY L.L.P. | COTCHETT, PITRE & McCARTHY, LLP |
| Marc M. Seltzer | Joseph W. Cotchett |
| Steven G. Sklaver | Frank C. Damrell |
| 1901 Avenue of the Stars, Suite 950 | Steven N. Williams |
| Los Angeles, CA 90067-6029 | Adam J. Zapala |
| Telephone: (310) 789-3100 | Elizabeth Tran |
| Facsimile: (310) 789-3150 | San Francisco Airport Office Center |
| mseltzer@susmangodfrey.com | 840 Malcolm Road, Suite 200 |
| ssklaver@susmangodfrey.com | Burlingame, CA 94010 |
| | Telephone: (650) 697-6000 |
| | Facsimile: (650) 697-0577 |
| | jcotchett@cpmlegal.com |
| | fdamrell@cpmlegal.com |
| | swilliams@cpmlegal.com |
| | azapala@cpmlegal.com |
| | etran@cpmlegal.com |
| SUSMAN GODFREY L.L.P. | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| Terrell W. Oxford | |
| Warren T. Burns | Hollis Salzman |
| Omar Ochoa Main Street, Suite 5100 | Bernard Persky |
| Dallas, Texas 75202 | William V. Reiss |
| Telephone: (214) 754-1900 | 601 Lexington Avenue, Suite 3400 |
| Facsimile:(214)754-1933 | New York, NY 10022 |
| toxford@susmangodfrey.com | Telephone: (212) 980-7400 |

wburns@susmangodfrey.com
oochoa@susmangodfrey.com

Facsimile: (212) 980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wreiss@rkmc.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiffs Classes*

MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.

*/s/ Gerard V. Mantese w/ consent*
Gerard V. Mantese (P34424)
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
gmantese@manteselaw.com

LARSON • KING, LLP

Shawn M. Raiter
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

CUNEO GILBERT & LADUCA, LLP

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
vicky@cuneolaw.com

BARRETT LAW GROUP, P.A.

Don Barrett
Brian Herrington
David McMullan
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

*Attorneys for Dealership Plaintiffs*

4

DUANE MORRIS LLP

*/s/ J. Manly Parks w/ consent*
Wayne A. Mack
J. Manly Parks
30 S. 17th Street
Philadelphia, PA 19103
Phone: (215) 979-1000
Fax: (215) 979-1020
wamack@duanemorris.com
jmparks@duanemorris.com

*Attorneys for Truck and Equipment Dealers*

DATED: December 16, 2015

*/s/ Heather L. Kafele w/ consent*
Heather L. Kafele
Keith R. Palfin
SHEARMAN & STERLING LLP
801 Pennsylvania Ave., NW, Suite 900
Washington, DC 20004
Tel.: (202) 508-8097
Fax: (202) 508-8100
heather.kafele@shearman.com
keith.palfin@shearman.com

Brian M. Akkashian
PAESANO AKKASHIAN, PC
132 N. Old Woodward Avenue
Birmingham, MI 48009
Tel.: (248) 792-6886
bakkashian@paesanoakkashian.com

*Attorneys for Defendants JTEKT Corporation and JTEKT Automotive North America, Inc.*

/s/ Kenneth R. Davis w/ consent
Kenneth R. Davis II
Craig D. Bachman
Darin M. Sands
Masayuki Yamaguchi
LANE POWELL PC
ODS Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
503-778-2100
503-778-2200 (facsimile)
davisk@lanepowell.com
bachmanc@lanepowell.com
sandsd@lanepowell.com


/s/ Larry S. Gangnes w/ consent
Larry S. Gangnes
Connor B. Shively
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
206-223-7000
206-223-7107 (facsimile)
gangnesl@lanepowell.com
shivelyc@lanepowell.com

*Attorneys for Nachi America Inc. and Nachi-Fujikoshi Corporation*

/s/ Jeremy J. Calsyn w/ consent
Jeremy J. Calsyn
Teale Toweill
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)

6

jcalsyn@cgsh.com
ttoweill@cgsh.com

*Attorneys for NSK Americas, Inc. and NSK Ltd.*


*/s/ Jeffrey L. Kessler w/ consent*
Jeffrey L. Kessler
A. Paul Victor
Molly M. Donovan
Jeffrey J. Amato
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
mmdonovan@winston.com
jamato@winston.com

*Attorneys for NTN Corporation and NTN USA Corporation*

*/s/ Mark Ford w/ consent*
Mark Ford
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6423
Facsimile: (617) 526-5000
mark.ford@wilmerhale.com

*Attorneys for Schaeffler Group USA Inc.*

7

*/s/ Debra H. Dermody w/ consent*
Debra H. Dermody
Michelle Mantine
REED SMITH LLP
Reed Smith Centre
225 Fifth Ave.
Pittsburgh, PA 15222-2716
412-288-3302
ddermody@reedsmith.com
mmantine@reedsmith.com

*/s/ Howard B. Iwrey w/ consent*
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Attorneys for SKF USA Inc.*