UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION _____ IN RE: BEARINGS CASES _____ THIS RELATES TO: DIRECT PURCHASER ACTION | Master File No. 12-md-02311 Honorable Marianne O. Battani Case No.: 12-cv-00501-MOB-MKM |

## STIPULATION AND ORDER REGARDING DAUBERT BRIEFING

On May 18, 2016, the Court issued an order in *Bearings* on Direct Purchaser Plaintiffs' ("DPPs") Motion to Amend Class Certification Briefing Schedule (ECF No. 226 in 12-500). That order scheduled briefing deadlines for DPPs' Motion for Class Certification and Appointment of Class Counsel (ECF No. 216 in 12-501) ("DPPs' Class Certification Motion"), as well as the depositions of experts opining in connection with class certification. No corresponding deadlines have yet been ordered for the accompanying motions to exclude such experts' testimony under *Daubert* and Federal Rule of Evidence 702.

As required by Local Rule 7.1(a), Defendants have sought DPPs' concurrence in excluding the testimony of DPPs' experts in support of DPPs' Class Certification Motion under *Daubert*, but did not obtain concurrence in the relief sought. Accordingly, for the sake of efficiency and to align the briefing schedules for class certification and the related *Daubert* motions, Defendants and DPPs hereby stipulate and agree to the following schedule for the *Daubert* briefing in connection with DPPs' Class Certification Motion:

| Date | Class Certification Briefing | *Daubert* Briefing |
|---|---|---|
| March 20, 2017 | DPPs' Motion for Class Certification | N/A |
| July 26, 2017 | Defendants' Response to DPPs' Motion for Class Certification | Defendants' *Daubert* Motions for Expert Testimony Submitted in Support of Class Certification |
| November 16, 2017 | DPPs' Reply in Support of Motion for Class Certification | DPPs' Responses to Defendants' *Daubert* Motions |
| December 15, 2017 | N/A | Defendants' Replies in Support of *Daubert* Motions |
| January 11, 2018 at 10:00 a.m. | Hearing on DPPs' Motion for Class Certification | Hearing on Defendants' *Daubert* Motions |

The page limit for: (i) Defendants' *Daubert* motions for expert testimony submitted in support of class certification shall be 25 pages; (ii) DPPs' responses to such motions shall be 25 pages; and (iii) Defendants' replies in support of such motions shall be 15 pages, each exclusive of signature blocks and any other material outside the main body of the briefing.

For the avoidance of doubt, this Stipulation and Order applies to and governs only the schedule and page limits for the *Daubert* briefing in connection with DPPs' Class Certification Motion, as defined above, and shall neither prejudice nor in any way impact the parties' rights and obligations relating to other motion practice. This Stipulation and Order Regarding Daubert Briefing supersedes and replaces the prior stipulation between DPPs and Defendants bearing the same title, dated July 31, 2017.

IT IS SO ORDERED.

Date:   September 13, 2017                         s/Marianne O. Battani
                                                  MARIANNE O. BATTANI
                                                  United States District Judge

STIPULATED AND AGREED.

| | |
|---|---|
| **FINK + ASSOCIATES LAW** | **WINSTON & STRAWN LLP** |
| */s/ David H. Fink*            (w/consent) | */s/ Jeffrey L. Kessler* |
| David H. Fink (P28235) | Jeffrey L. Kessler |
| Darryl Bressack (P67820) | A. Paul Victor |
| Nathan J. Fink (P75185) | Jeffrey J. Amato |
| 38500 Woodward Ave, Suite 350 | Molly M. Donovan |
| Bloomfield Hills, MI 48304 | Mark E. Rizik Jr. |
| Tel.: (248) 971-2500 | 200 Park Avenue |
| dfink@finkandassociateslaw.com | New York, NY 10166 |
| dbressack@finkandassociateslaw.com | Telephone: (212) 294-6700 |
| nfink@finkandassociateslaw.com | Facsimile: (212) 294-4700 |
| | jkessler@winston.com |
| | pvictor@winston.com |
| *Interim Liaison Counsel for the Direct Purchaser Plaintiffs* | jamato@winston.com |
| | mmdonovan@winston.com |
| | mrizik@winston.com |
| Gregory P. Hansel | |
| Randall B. Weill | */s/ Jeremy Calsyn*            (w/ consent) |
| Michael S. Smith | Jeremy Calsyn |
| **PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP** | Steven J. Kaiser |
| | Carl Lawrence Malm |
| One City Center, P.O. Box 9546 | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| Portland, ME 04112-9546 | |
| Tel.: (207) 791-3000 | 2000 Pennsylvania Avenue, NW |
| ghansel@preti.com | Washington, DC 20006 |
| rweill@preti.com | Telephone: (202) 974-1500 |
| msmith@preti.com | Facsimile: (202) 974-1999 |
| | jcalsyn@cgsh.com |
| Steven A. Kanner William H. London | skaiser@cgsh.com |
| Michael E. Moskovitz | lmalm@cgsh.com |
| **FREED KANNER LONDON & MILLEN LLC** | |
| | */s/ David A. Ettinger*            (w/ consent) |
| 2201 Waukegan Road, Suite 130 | David A. Ettinger (P26537) |
| Bannockburn, IL 60015 | **HONIGMAN, MILLER, SCHWARTZ AND COHN LLP** |
| Tel.: (224) 632-4500 | |
| skanner@fklmlaw.com | 660 Woodward Avenue, Suite 2290 |
| blondon@fklmlaw.com | Detroit, MI 48226 |
| mmoskovitz@fklmlaw.com | Telephone: (313) 465-7000 |
| | dettinger@honigman.com |
| Joseph C. Kohn | |
| William E. Hoese | *Counsel for NSK Ltd. and NSK Americas, Inc.* |
| Douglas A. Abrahams | |
| **KOHN, SWIFT & GRAF, P.C.** | */s/ Heather L. Kafele*            (w/ consent) |
| One South Broad Street, Suite 2100 | Heather L. Kafele |

Philadelphia, PA 19107
Tel.: (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
**SPECTOR ROSEMAN KODROFF &**
**& WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
espector@srkw-law.com bcaldes@srkw-law.com jjagher@srkw-law.com
jspector@srkw-law.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs and Proposed Class*

Keith R. Palfin
**WINSTON & STRAWN LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile: (248) 282-5100
hkafele@winston.com
kpalfin@winston.com

Cristina M. Fernandez
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
cfernandez@winston.com

*/s/ Brian M. Akkashian          (w/ consent)*
Brian M. Akkashian (P55544)
**PAESANO AKKASHIAN APKARIAN, PC**
7457 Franklin Road, Suite 200
Bloomfield Hills, MI 48301
Telephone: (248) 792-6886
bakkashian@paalawfirm.com

*Counsel for Defendants JTEKT Corp. and JTEKT North America Corp. (formerly Koyo Corp. of USA)*

*/s/ Kenneth R. Davis II (w/ consent)*
Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
Peter D. Hawkes
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, OR 97204
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com
hawkesp@lanepowell.com

Larry S. Gangnes

        Heidi B. Bradley
        Kristin Beneski
        **LANE POWELL PC**
        1420 Fifth Avenue, Suite 4200
        P.O. Box 91302
        Seattle, WA 98111
        Telephone: (206) 223-7000
        Facsimile:  (206) 223-7107
        gangnesl@lanepowell.com
        bradleyh@lanepowell.com
        beneskik@lanepowell.com

        */s/ Richard D. Bisio            (w/ consent)*
        Richard D. Bisio (P30246)
        Ronald S. Nixon (P57117)
        **KEMP KLEIN LAW FIRM**
        201 West Big Beaver, Suite 600
        Troy, MI 48084
        Telephone: (248) 528-1111
        Facsimile:  (248) 528-5129
        richard.bisio@kkue.com
        ron.nixon@kkue.com

        *Counsel for Nachi-Fujikoshi Corp. and*
        *Nachi America, Inc.*