# EXHIBIT F



2009
Catalog 457013

Supercedes 457013, Dated October 2006

# SKF Bearings
# Master Interchange

For automotive, heavy truck, and
agricultural bearings
Includes ball, cylindrical, needle,
tapered, special bearings and hub assemblies



EXHIBIT
4259
6/15/17
JEREMY RICHMAN

# How to use this catalog

This catalog is presented in a simple to use sequence similar to a dictionary listing. The original equipment and manufacturers numbers are arranged in left-to-right Alpha/Numeric sequence. There is no need to pre-determine the Prefix/Base-Suffix to quickly locate the desired number. Letters (alpha) take priority over numbers (numeric).

Examples:

|  | A22 |  | AT201S |  | 3382T |
|---|---|---|---|---|---|
| Followed by: | 2AH06-1 | Followed by: | AT21 | Followed by: | 33821 |

Other examples:

|  | 6206 |  | R1309TKS |
|---|---|---|---|
| Followed by: | 6206LL | Followed by: | R1309WKB |
| Followed by: | 6206LLB | Followed by: | R1312TKGSR |

Note: Interchanges listed here will provide a fast conversion of manufacturer or competitor numbers to the SKF equivalent. Please note that many interchanges are made on an application basis and may not be identical in style or type. Whenever possible refer to the SKF Passenger car & light truck catalog-Current (457205), SKF Passenger car & light truck catalog supplement (457205s dated 2009) SKF Passenger car & light truck catalog-Vintage (457206), or the SKF Agricultural applications pocket guide (457649), to assure proper seal specifications.