# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>In Re: Bearings Cases | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO:<br><br>Direct Purchaser Action | 2:12-cv-00501-MOB-MKM |

**ORDER GRANTING DEFENDANTS' [325] MOTION TO MAINTAIN UNDER SEAL CERTAIN DOCUMENTS AND INFORMATION IN DIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE A BRIEF AND DECLARATIONS IN RESPONSE TO NEW MATTER SUBMITTED BY DEFENDANTS AND THEIR ECONOMIST OR, IN THE ALTERNATIVE, TO STRIKE DEFENDANTS' ECONOMIST'S ADDITIONAL DECLARATION**

Upon consideration of Defendants' Motion to Maintain Under Seal Certain Documents and Information in Direct Purchaser Plaintiffs' Motion for Leave to File a Brief and Declarations in Response to New Matter Submitted by Defendants and their Economist or, in the Alternative, to Strike Defendants' Economist's Additional Declaration (Dkt. No. 325) and the exhibits in support thereof, pursuant to *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, it is hereby **ORDERED** that because there is a compelling interest in protecting the private, confidential, and commercially sensitive information of the parties and their employees, the motion is **GRANTED**.

It is **FURTHER ORDERED** that within ten business days, the documents identified in the chart below shall be publicly filed on the docket by THE MOVING PARTY (attorney who filed the original Dkt. Nos. 309 and 310), with the identified redactions, to supplement the docket where the entire document originally was filed under seal:

| Document (Dkt. No.) | Page Numbers | Redact or Fully Under Seal |
|---|---|---|
| Ex. A, DPPs' Proposed *Daubert* Surreply (Dkt. No. 310-1) | Surreply: 2, 4, 6, 7<br>Exhibits:[1] 22, 53, 61, 119, 120 | Redact |
| Ex. B, Proposed McClave Surrebuttal Decl. (Dkt. No. 310-2) | 6-11, 21 | Redact |
| Ex. C, Proposed Langenfeld Surrebuttal Decl. (Dkt. No. 310-3) | Surrebuttal: 3-4, 13, 15-18, 20<br>Exhibits:[2] 38 | Redact |

**IT IS SO ORDERED.**

**THE MOVING PARTY IS HEREBY DIRECTED TO FILE REVISED REDACTED DOCUMENTS PURSUANT TO THE TERMS OF THIS ORDER. THE DIRECTIONS ON HOW TO FILE REDACTED DOCUMENTS IS BELOW:**

**SELECT "OTHER FILINGS" AND CLICK ON "OTHER DOCUMENTS" AND SCROLL DOWN AND CLICK ON "REDACTED DOCUMENT". THE EVENT WILL THEN PROMPT THE USER TO LINK BACK TO THE ORIGINAL DOCUMENT THAT IS UNDER SEAL.**

Date:   September 25, 2018               s/Marianne O. Battani
                                         MARIANNE O. BATTANI
                                         United States District Judge


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 25, 2018.

                                         s/ Kay Doaks
                                         Case Manager

---

[1] For the exhibits to DPPs' Proposed *Daubert* Surreply, the page numbers given correspond to the page numbers in the .pdf file, which are not numbered sequentially with the page numbers in the exhibits themselves.

[2] For the exhibits to the Proposed Langenfeld Surrebuttal Decl., the page numbers given correspond to the page numbers in the .pdf file, which are not numbered sequentially with the page numbers in the exhibits themselves.