**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-2311<br>Hon. Marianne O. Battani |
| IN RE: BEARINGS CASES | |
| THIS RELATES TO: DIRECT PURCHASER CASES | 2:12-cv-00501-MOB-MKM |

## MOTION TO WITHDRAW AS COUNSEL

Elizabeth R. Odette, an attorney at Lockridge Grindal Nauen P.L.L.P. who will soon depart that firm respectfully requests that the Court enter and order allowing her to withdraw as counsel on behalf of the Direct Purchaser Class and Plaintiff DALC Gear & Bearing Supply Corp. in the above-captioned matter.

Dated: April 1, 2020

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/Elizabeth R. Odette
Elizabeth R. Odette
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:   (612) 339-6900
Fax:   (612) 339-0981
Email: erodette@locklaw.com

Attorney for the Direct Purchaser Class and
Plaintiff DALC Gear & Bearing Supply Corp.

548072.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2020, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filings to all attorneys of record.

Dated: April 1, 2020                        s/Elizabeth R. Odette
                                                    Elizabeth R. Odette