UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | MASTER FILE NO. 12-md-02311<br><br>HON. MARIANNE O. BATTANI |
| **THIS DOCUMENT RELATES TO:**<br>**IN RE: BEARINGS - DIRECT PURCHASER ACTIONS** | 12-501 |

ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL

The following attorneys have filed Motion to Withdraw as Counsel:

        Robert McCabe
        David Young

IT IS HEREBY ORDERED that the Motions to Withdraw as Counsel are hereby GRANTED.

Date: June 13, 2020

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        United States District Judge