# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| IN RE: BEARINGS CASES | |
| THIS DOCUMENT RELATES TO:<br>DIRECT PURCHASER ACTIONS | 2:12-cv-00501-SFC-RSW<br>2:15-cv-12068-SFC-RSW<br>2:15-cv-13932-SFC-RSW<br>2:15-cv-13945-SFC-RSW |

## ORDER APPROVING PROPOSED PLAN FOR DISTRIBUTION OF SETTLEMENT FUNDS

AND NOW, this 10th day of June, 2021, upon consideration of Direct Purchaser Plaintiffs' Proposed Plan for Distribution of the Settlement Funds received in the settlement with the JTEKT, NACHI, NSK, NTN, and SKF Defendants ("Settlement Fund"), and following a duly noticed hearing on June 10, 2021, it is hereby ORDERED as follows:

1.  The Court approves the Plan for Distribution of Settlement Funds set forth in the Notice of a Proposed $37.5 Million Settlement of a Direct Purchaser Class Action with JTEKT, NACHI, NSK, NTN, and SKF Defendants, and of a Hearing by the Court on Final Settlement Approval and Related Matters, and Claim Form, as a fair and reasonable method to calculate claims and to distribute the Settlement Fund to Settlement Class Members.

2.  The Settlement Fund, with accrued interest, less any amounts approved by the Court for payment of attorneys' fees and litigation and administration costs and expenses, will be distributed *pro rata* among the members of the Settlement Class who submit timely and valid Claim Forms. If a settlement class member excludes itself from the Settlement Class, it shall not

receive a share of the Settlement Fund.

      **IT IS SO ORDERED.**

Dated: June 10, 2021                            <u>s/Sean F. Cox</u>
                                                             Sean F. Cox
                                                             U. S. District Judge